JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS – 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

## I. (a) PLAINTIFFS
Jimmie Allison

**DEFENDANTS**
Boeing Laser Technical Services

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF DONA ANA, NM
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael L. Danoff
Michael Danoff & Associates, P.C.
604 Chama, NE
Albuquerque, NM 87108
(505) 262-2383

ATTORNEYS (IF KNOWN)

Stanley K. Kotovsky, Jr.
Tinnin Law Firm
5500 Marquette NW
Ste. 1300
Albuquerque, NM 87102
(505) 768-1500

Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
James K. Mackie
Erica K. Rocush
6760 N. Oracle Road, Suite 200
Tucson, AZ 85704
(520) 544-0300

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 850 Securities / Commodities / Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgement

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Wrongful discharge, breach of implied contract, and other state law claims based on conduct relating to Plaintiff's employment on Kirtland Air Force Base, a federal enclave over which the federal government has exclusive jurisdiction.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P.23

**DEMAND**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                                  DOCKET NUMBER

DATE
MARCH 23, 2009

SIGNATURE OF ATTORNEY OF RECORD
s/ Stanley K. Kotovsky, Jr.

FOR OFFICE USE ONLY

7120485.1 (OGLETREE)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMIE ALLISON,

    Plaintiff,

vs.                                No.

BOEING LASER TECHNICAL
SERVICES,

    Defendant.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to Title 28 U.S.C. §§ 1441 and 1446, Defendant BOEING LASER TECHNICAL SERVICES ("Boeing LTS"), hereby removes to this Court the state court action described below:

1. Plaintiff, who is alleged to be a resident of the State of New Mexico, filed this civil action (the "Action") in the Second Judicial District Court, Bernalillo County, State of New Mexico, on or about September 17, 2008. The Action was assigned Docket No. CV-2008-09877. Plaintiff filed a First Amended Complaint on November 10, 2008, substituting Boeing LTS as a Defendant in place of The Boeing Company. Defendant voluntarily accepted service of the First Amended Summons and First Amended Complaint on December 2, 2008. Copies of the First Amended Summons, First Amended Complaint, and Acceptance of Service and Entry of Appearance are

attached hereto as Exhibits 1, 2, and 3, respectively. Defendant timely answered the First Amended Complaint on January 5, 2009. A copy of the Answer is attached hereto as Exhibit 4.

2. The Action is now pending in the Bernalillo County Second Judicial District Court, which court is in the territory of the U.S. District Court for the District of New Mexico.

3. In the Action, Plaintiff alleges a number of New Mexico state law claims against Defendant. All of Plaintiff's claims against Defendant arise out of his employment with Defendant. Plaintiff was employed by Defendant and worked for Defendant in Buildings 399, 416, and 774 of Kirtland Air Force Base. As shown in the documents attached hereto as Exhibit 5, the land on which Buildings 399, 416 and 774 of Kirtland Air Force Base are located is a federal enclave and is land over which the federal government has exclusive jurisdiction pursuant to U.S. Const. art. 1, § 8, cl. 17.

4. As such, this is a civil action over which this Court has exclusive jurisdiction pursuant to 28 U.S.C. § 1331 (federal question). *See* 28 U.S.C. § 1331; *Akin v. Ashland Chemical Company*, 156 F.3d 1030, 1034 and n.1 (10th Cir. 1998).

5. Plaintiff's claims are removable to this Court under federal question jurisdiction pursuant to the provisions of 28 U.S.C. § 1441(a), (b) and (c).

6. Defendant first learned that Buildings 399, 416 and 774 of Kirtland Air Force Base were located on a federal enclave when it received documents from the U.S. Air Force in response to a FOIA request that Defendant submitted to Kirtland Air Force Base. (Pertinent portions o the FOIA response are attached to Exhibit 5 hereto). The FOIA response was received by undersigned counsel for Defendant on February 23, 2009. *See* Exhibit 6.

7. As this Notice of Removal is filed within 30 days of when Defendant first learned that there was federal jurisdiction over this matter, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). *Akin*, 156 F.3d at 1035.

8. Defendants will file a Notice of Removed Action in the Second Judicial District Court, Bernalillo County, State of New Mexico. A true and correct copy of said Notice of Removed Action is attached hereto as Exhibit 7.

WHEREFORE, Defendant Boeing Laser Technical Services respectfully requests that this Court assume full jurisdiction over the cause herein as provided by law.

DATED this 23rd day of March, 2009.

        TINNIN LAW FIRM

        By: /s/ Stanley K. Kotovsky, Jr.
        Stanley K. Kotovsky, Jr.
        500 Marquette NW, Ste. 1300
        Albuquerque, NM 87102
        (505) 768-1500

        James K. Mackie
        Erica K. Rocush
        Ogletree, Deakins, Nash,
          Smoak & Stewart, P.C.
        6760 North Oracle Road, Suite 200
        Tucson, Arizona 85704

        Attorneys for Defendant

## Certificate of Service

I hereby certify that on the 23rd day of March, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF Systems for filing, and I served the attached document and transmittal of a Notice of Electronic Filing to the following who are not registered participants of the CM/ECF System:

Michael L. Danoff
Michael Danoff & Associates, P.C.
604 Chama, NE
Albuquerque, NM 87108
Attorneys for Plaintiff


/s/ Stanley K. Kotovsky, Jr.
_____

7120477.1 (OGLETREE)