IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMIE ALLISON,

        Plaintiff,

  vs.                                                                       No. CIV 09-275 RHS/LFG

BOEING LASER TECHNICAL
SERVICES,

        Defendant.

## *SUA SPONTE* ORDER
## REQUIRING EXPEDITED RESPONSE

      THIS MATTER is before the Court *sua sponte*, but following a review of Defendant's Motion to Compel [Doc. 66].

      The motion recites extraordinary attempts by Defendant to schedule Plaintiff's deposition, to have Plaintiff answer outstanding discovery and produce documents, and to cooperate in the discovery process, all to no avail.

      Plaintiff is directed to respond to this motion by the close of business on Friday, October 15, 2010.

      IT IS SO ORDERED.

                                                            */s/ Lorenzo F. Garcia*
                                                            Lorenzo F. Garcia
                                                            United States Magistrate Judge